


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEANNA BREDBENNER, PAUL GILBERT, and BELINDA SERRANO, both individually and on behalf of all other similarly situated persons, | Civil Action No. 09-905 (MF) |
| Plaintiffs, | |
| v. | |
| LIBERTY TRAVEL, INC., | |
| Defendant. | |
| CAROL CONNELL, WILLIAM KRUMPHOLZ, CORRINE ORCHIN, NICOLE REID, and LEIGH ANNE HUBBS, both individually and on behalf of all other similarly situated persons | Civil Action No. 09-1248 (MF)<br>Civil Action No. 09-4587 (MF) |
| Plaintiffs, | **ORDER** |
| v. | |
| LIBERTY TRAVEL, INC., FLIGHT CENTRE USA, INC., GILBERT HAROCHE, and MICHELLE KASSNER, | |
| Defendants. | |

**THIS MATTER** having come before the Court by way of Plaintiffs' motions for certification of the settlement class, final approval of the class action settlement, and approval of the FLSA settlement [CM/ECF No. 98], service payments [CM/ECF No. 102], and attorneys' fees and reimbursement of expenses [CM/ECF No. 105]; and for the reasons stated in the accompanying Opinion issued on this date;

**IT IS** on this 8th day of April, 2011,

1

**ORDERED** that the FLSA class is hereby **certified** for purposes of settlement; and it is further

**ORDERED** that Plaintiffs' motion for certification of the settlement class, final approval of the class action settlement, and approval of the FLSA settlement is **granted**; and it is further

**ORDERED** that Plaintiffs' motion for service payments is **granted**; and it is further

**ORDERED** that Plaintiffs' motion for attorneys' fees and reimbursement of expenses is **granted**.

    /s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**